UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSE FERREIRA, <br>       Plaintiff(s), <br> v. <br> PROPERTY MANAGEMENT GROUP, INC., <br>       Defendant(s). | 23-CV-3766 (DEH) <br><br> **NOTICE OF REASSIGNMENT** |

DALE E. HO, United States District Judge:

  This case has been reassigned to the undersigned. All counsel must familiarize themselves with the Court's Individual Practices, which are available at https://nysd.uscourts.gov/hon-dale-e-ho. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment.

Dated: November 1, 2023
    New York, New York

                      DALE E. HO
                      United States District Judge